UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LARRY JAY PRITZ, | ) | CASE NO. C06-0376RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING |
| ROBERT J. PALMQUIST, | ) | § 2241 PETITION |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241, respondent's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's § 2241 petition (Doc. #7) is DISMISSED as moot.

(3)  The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _15_ day of August, 2006.

　　　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2241 PETITION
PAGE -1